**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Craig J Kunitsky | : | Chapter 13 |
| Bera B Kunitsky | : | Case No.: 23-12959-DJB |
| | : | |
| Debtors | : | |

### PRAECIPE TO CHANGE DEBTOR(S) ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtors' <u>new address</u> as follows:

>   2015 Linda Lane
>   Carlsbad, CA 92008

Dated:  June 16, 2025                    */s/ Brad J. Sadek*
                                         Brad J. Sadek, Esquire
                                         Counsel for Debtor